JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KIMMIEKO JILES

## DEFENDANTS
GERMAN ZENTENO and CELADON TRUCKING SERVICES, INC.

**(b)** County of Residence of First Listed Plaintiff    Harris County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    N/A-Zenteno resides in MX
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald G. DeSimone, 3120 Southwest Freeway, Suite 555,
Houston, Texas 77098; (713) 526-0900

Attorneys *(If Known)*
Ronald L. Bair, BairHilly, P.C., 14711 Pebble Bend Drive, Houston,
Texas 77068; (713) 862-5599.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ❏ 1 | U.S. Government Plaintiff | ❏ 3 Federal Question *(U.S. Government Not a Party)* |
| ❏ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ☒ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | | | | ❏ 864 SSID Title XVI | ❏ 893 Environmental Matters |
| | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | |
|---|---|---|---|---|
| ❏ 1 Original Proceeding | ☒ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from Another District *(specify)* | ❏ 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Action in which Plaintiff alleges she was injured in collision with Celadon Trucking Services, Inc. veh. by Zenteno

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
100,000,200,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE   9-1-15
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KIMMIEKO JILES,<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | |
| GERMAN ZENTENO and<br>CELADON TRUCKING SERVICES, INC.,<br>*Defendants* | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____<br>JURY REQUESTED |

**DEFENDANTS' NOTICE OF REMOVAL
OF CIVIL ACTION**

COMES the Defendants Celadon Trucking Services, Inc. and German Zenteno, (hereinafter referred to as "Defendants"), and file this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

1.      The Plaintiff, Kimmieko Jiles ("Plaintiff"), filed the Plaintiff's Original Petition on July 22, 2015 in the Harris County District Court which is within the Houston Division of the United States District Court for the Southern District of Texas. Under 28 U.S.C. § 1446(a), removal to this Division of this District is proper.

2.      In the Original Petition Plaintiff alleges that on or about December 20, 2014, Defendant German Zenteno ("Zenteno"), allegedly an employee of Celadon Trucking Services, Inc. ("Celadon"), acting in the course and scope of his employment, operated a vehicle in a negligent manner causing an accident in which the Plaintiff was allegedly injured.  Plaintiff claims to have sustained bodily injuries and is seeking to recover (a) past and future medical expenses, (b) past and future physical pain and mental anguish, (c) past lost wages and future lost wage earning capacity,

1

and (d) past and future physical impairment from both Defendants, and pre and post judgment interest. The Plaintiff's Original Petition alleges damages between $100,000 and $200,000.

3.    A copy of Plaintiff's Original Petition with Request for Disclosure, Interrogatories and Request for Production to both Defendants is attached hereto as Exhibit "B." Celadon was served by certified mail August 3, 2015 through National Corporate Research, Ltd.  See Notice of Service of Process attached hereto as Exhibit "C."

4.    On or about August 21, 2015, Celadon filed an Original Answer, a copy of which is attached hereto as Exhibit "D," and served a copy of said Answer upon counsel for the Plaintiff in this Action by facsimile transmission.

5.    On or about August 27, 2015, Zenteno filed an Original Answer, a copy of which is attached hereto as Exhibit "E," and served a copy of said Answer upon counsel for the Plaintiff in this Action by facsimile transmission.

6.    Plaintiff is an individual and a resident and citizen of the State of Texas.

7.    Celadon is a corporation incorporated in the State of Indiana with its principal place of business in Indianapolis, Indiana.

8.    Zenteno is an individual and is a resident of Mexico.

9.    This Notice of Removal is timely as it was filed within the 30 day time period required under 28 U.S.C. § 1446(b).

10.    The Action is one which may be removed to this Court by the Defendants pursuant to 28 U.S.C. §§ 1441 and 1446, and over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, in that diversity of citizenship exists between the Plaintiff and the Defendants hereto, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11.     All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

12.     Venue is proper in this District under 28 U.S.C. §1441(a) because the state court where the action has been pending is located within this District.

13.     Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

14.     Defendants demanded a jury in the state court action.

14.     On or about the date of this filing, Defendants served upon counsel for the Plaintiff a copy of the "Defendants' Notice of Removal of Civil Action."

WHEREFORE, the Defendants CELADON TRUCKING SERVICES, INC. and GERMAN ZENTENO, by counsel, requests that this Court remove the action from the Harris County District Court to The United States District Court for the Southern District of Texas Houston Division.

Respectfully submitted,

**BAIRHILTY, P.C.**

/s/Ronald L. Bair
TBN: 01554900
FBN: 6173
14711 Pebble Bend Drive
Houston, Texas  77068-2923
Telephone:  (713) 862-5599
Facsimile:   (713) 868-9444
Email: ahilty@bairhilty.com
**ATTORNEY FOR DEFENDANTS,
CELADON TRUCKIN SERVICES, INC.
AND GERMAN ZENTENO**

3

**OF COUNSEL:**
Wendi R. Ervin
TBN:  06651220
FBN:  13873
14711 Pebble Bend Drive
Houston, Texas  77068
Telephone:  (713)862-5599
Facsimile:  (713)868-9444
Email: wervin@bairhilty.com
**ATTORNEY FOR DEFENDANT,**
**CELADON TRUCKING SERVICES, INC.**
**AND GERMAN ZENTENO**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per S. Dist. Tex. Loc. R. LR5.1 on the 1st day of September, 2015.  A true and correct copy of the foregoing Defendants Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this the 1st day of September, 2015.

/s/ Ronald L. Bair
RONALD L. BAIR

4