United States District Court
Southern District of Texas

**ENTERED**
October 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMMIEKO JILES, | § |
| | § |
| VS. | § |
| | § |
| | § |
| GERMAN ZENTENO and CELADON | § |
| TRUCKING SERVICES, INC., | § |
| | §   Civil Action No. 4:15-cv-02521 |
| | §   Jury Requested |

## FINAL TAKE-NOTHING JUDGMENT

CAME ON THIS DAY TO BE HEARD Plaintiff KIMMIEKO JILES and Defendants CELADON TRUCKING SERVICES, INC. and GERMAN ZENTENO who appeared by and through their respective attorneys of record and announced to this Court that all claims and causes of action have been fully and finally compromised and settled; that a Judgment should be entered; and that Plaintiff take nothing against Defendants CELADON TRUCKING SERVICES, INC. and GERMAN ZENTENO.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff KIMMIEKO JILES recover nothing from Defendants CELADON TRUCKING SERVICES, INC. and GERMAN ZENTENO and that Defendants shall be and are hereby discharged with prejudice.

All costs of Court associated with such claims are to be taxed against the party incurring same.

Any relief not herein specifically granted is hereby DENIED.

SIGNED this 21st day of October, 2016.

_____
JUDGE PRESIDING

1

APPROVED AS SUBMITTED:

DESIMONE LAW OFFICE

_____
Donald G. DeSimone
TBN: 05776710
Email: ddesimone@desimonelawoffice.com
3120 Southwest Freeway
Suite 555
Houston, Texas 77098
Telephone:   (713) 526-0900
Facsimile:   (713) 526-8041
**ATTORNEY FOR PLAINTIFF**


BAIR★HILTY, P.C.

_____
Ronald L. Bair
TBN: 01554900
Email: rbair@bairhilty.com
Wendi R. Ervin
TBN: 06651220
Email: ahilty@bairhilty.com
14711 Pebble Bend Drive
Houston, Texas  77068-2923
Telephone:   (713) 862-5599
Facsimile:   (713) 868-9444
**ATTORNEY FOR DEFENDANTS,
CELADON TRUCKING SERVICES, INC.
and GERMAN ZENTENO**